# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Freddy Peya,                                     :
              Petitioner                  :
                             :
          v.                           :        No. 87 C.D. 2017
                             :
Unemployment Compensation       :
Board of Review,                      :
              Respondent                :

## **O R D E R**

NOW, January 26, 2018, upon consideration of petitioner's application for reargument, the application is denied.

 

 

_____
MARY HANNAH LEAVITT,
President Judge
